appellant Pyro Heating Co., Inc., file an undertaking on appeal with corporate surety; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder and Tompkins, JJ.

ORLANDO MISCIONE, Appellant, v. NOSBAND CORPORATION, Respondent.— Motion for stay denied upon condition that within three days from the entry of the order herein respondent file a stipulation that it will consent to an order restraining it from conveying the property until the rendition of a decision on this appeal, and upon the further condition that the appeal be perfected and brought on for argument on Monday, September twenty-eighth; otherwise, motion granted, with ten. dollars costs. Present — Lazansky, P. J., Carswell, Scudder and Tompkins, JJ.

CHARLES S. THIDE, on Behalf of Himself and All Other Members of the Moving Picture Machine Operators' Union of Greater New York, Local 306, etc., Respondent, v. SAM KAPLAN, as President of Moving Picture Machine Operators' Union of Greater New York, Local 306, etc., and Others, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Carswell, Scudder and Tompkins, JJ.

ELLEN BONNABEAU, Respondent, v. E. A. THOMPSON, INC., Appellant.— Judgment and order reversed upon the law and a new trial granted, costs to abide the event. The court erred in declining to charge, at folio 281, as to the liability of the owner of the automobile; in declining to charge, at folio 282, as to knowledge being a prerequisite to consent; and, at folio 284, in declining to charge that no inference may be drawn from the failure of defendant to call as a witness Fiore Sasse, the alleged operator of the car. Lazansky, P. J., Hagarty and Tompkins, JJ., concur; Carswell and Davis, JJ., concur in result.

MORRIS COHN, Plaintiff, v. DRYDOCK BUILDING AND LUMBER CORPORATION and Others, Defendants. DONIN PLUMBING CONTRACTING Co., INC., Appellant, v. AMBOY HOMES CORPORATION, Respondent, Impleaded with ELMHURST LUMBER AND TRIM COMPANY and Others, Defendants; and PIERCE, BUTLER AND PIERCE MANUFACTURING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

MARGARET CREMEANS, as Administratrix, etc., of JOHN CREMEANS, Deceased, Respondent, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Appellant, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

RAYMOND E. DUFFIELD, Respondent, v. MONTAUK REALTY SECURITY Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

CHARLES R. GARDNER, Respondent, v. W. W. CONSTRUCTION Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

JOHN A. GRANT, Respondent, v. ISLE THEATRICAL CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

ANNA GUGLIELMO, as Administratrix, etc., of MICHAEL GUGLIELMO, Deceased, Respondent, v. CHURCH ENGINEERING CORPORATION, Appellant, and Others, Defendants.*— Judgment and order affirmed, with costs. By its former decision ▮

---

* Affd., 258 N. Y. 566.